WO

```
FILED ___ LODGED
___ RECEIVED ___ COPY
       MAY 21 2009
CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,        ) | CR-09-50067-1-PHX-FJM |
| Plaintiff,                       ) | |
| vs.                              ) | |
| Juan Antonio Rios-Vigueras,      ) | **ORDER** |
| Defendant.                       ) | |

A detention hearing and a preliminay revocation hearing on the Petition on Supervised Release were held on May 19, 2009.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 21 day of May, 2009.

s/
Lawrence O. Anderson
United States Magistrate Judge